# EXHIBIT B

**LeClairRyan**
*A Professional Corporation*
~~One Riverfront Plaza~~
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Howard Johnson International, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HOWARD JOHNSON INTERNATIONAL, INC., a Delaware Corporation, | |
| Plaintiff, | Civil Action No. 14-cv-1199 (KSH) (CLW) |
| v. | **NOTICE OF DISMISSAL** |
| BRISAM ANCHORAGE, LLC, a New York Limited Liability Corporation; and SAM CHANG, an individual, | |
| Defendants. | |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Howard Johnson International, Inc., and its counsel LeClairRyan, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against the defendants Brisam Anchorage, LLC and Sam Chang.

LeClairRyan
Attorneys for Plaintiff,
Howard Johnson International, Inc.

By: _____
Bryan P. Couch

Dated: